# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH DILTZ, <br><br> Plaintiff(s) <br><br> v. <br><br> CONVERGINT TECHNOLOGIES LLC, et al., <br><br> Defendant(s) | CASE No C 3:16-cv-05152-WHA <br><br> ~~STIPULATION AND [PROPOSED]~~ ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: Parties filed Notice of Settlement on 11/16/16 (attached). ADR deadline requested within 90 days if dismissal is not filed.

Date: November 23, 2016

/s/ Jamie McCrary
Attorney for Plaintiff

Date: November 23, 2016

/s/ Allison Crow
Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: November 29, 2016.

U.S. DISTRICT/MAGISTRATE JUDGE